RECEIVED

MAY 28 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| J.N. (XXX-XX-6375) | CIVIL ACTION NO. 13-cv-0214 |
| VERSUS | JUDGE STAGG |
| MICHAEL J. ASTRUE | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits is affirmed.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 28th day of May, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE